**Dismissed and Memorandum Opinion filed January 13, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00788-CV

## EXERGY DEVELOPMENT GROUP OF IDAHO, LLC AND JAMES T. CARKULIS, Appellants

## V.

## HIGH POWER ENERGY, LLC, BLUE RENEWABLE ENERGY, LLC AND BLACK MOUNTAIN FINANCIAL, CORP, Appellees

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2012-67104**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed April 8, 2014. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellants did not make arrangements to pay for the record.

On November 19, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within

fifteen days, appellants paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellants have not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Brown.